IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHARON R. BALL                                                             PLAINTIFF

                v.                           Civil No. 04-6066

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

## **JUDGMENT**

On this 17th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby denies the motion, and no fees are awarded herein pursuant to *28 U.S.C. § 2412*.

     IT IS SO ORDERED.

                                                            /s/Bobby E. Shepherd
                                                          Honorable Bobby E. Shepherd
                                                          United States Magistrate Judge